IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Ashley T. Adams,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : |
| | : |
| **Integrity Staffing** | : |
| **aka Pepper Hamilton, LLP** | : |
| **Dawn Harper, et al.,** | :   Civil Action No. 05-249 (KAJ) |
| | : |
| **Randstad Staffing Services,** | : |
| **Woman of India nationality, et al.,** | :   FILED ELECTRONICALLY |
| | : |
| **JP Morgan Chase Bank One,** | : |
| **Cheryl Denneny, et al.,** | : |
| | : |
| **Ernest & Young,** | : |
| **Scott Gallagher, et al.,** | : |
| | : |
| **Defendants.** | : |

### ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Neal J. Levitsky, Esquire, Fox Rothschild LLP, 919 North Market Street, Suite 1300, P.O. Box 2323, Wilmington, Delaware 19899-2323 on behalf of Defendants, JPMorgan Chase Bank (incorrectly identified in the Complaint as "JP Morgan Chase Bank One") and Cheryl Denneny.  This Entry of Appearance shall not be construed to be a waiver of any defenses, including, without limitation, those set forth in **Civil Rule 12(b).** Defendants JPMorgan Chase Bank and Cheryl Denneny specifically reserve all rights to raise

jurisdictional, service, statute of limitation or other defenses which may be available.

        **/s/ NEAL J. LEVITSKY, ESQUIRE #2092**
**NEAL J. LEVITSKY**, **ESQUIRE #2092**
**Fox Rothschild LLP**
**919 North Market Street, Suite 1300**
**P.O. Box 2323**
**Wilmington, DE 19899-2323**
**(302) 654-7444**

**Counsel for Defendants JPMorgan Chase Bank and Cheryl Denneny**

**DATED:**     **May 26, 2005**

## CERTIFICATE OF SERVICE

I, Neal J. Levitsky, Esquire, hereby certify that copies of the attached Entry of Appearance were served this 26th day of May, 2005, as follows:

BY MAIL:

Ashley T. Adams
716 North Barrett Lane
Christiana, Delaware  19702
Plaintiff

Integrity Staffing
220 Continental Drive, Suite 102
Newark, DE 19713-2107
Defendant

Ernst & Young
5 Times Square
New York, NY  10036
Defendant

Randstad Staffing
111 Continental Drive, Suite 201
Newark, DE 19713-2107
Defendant

**/s/ NEAL J. LEVITSKY, ESQUIRE #2092**
**NEAL J. LEVITSKY, ESQUIRE #2092**