**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **Ashley T. Adams,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **Integrity Staffing** | : | |
| **aka Pepper Hamilton, LLP** | : | |
| **Dawn Harper, et al.,** | : | **Civil Action No. 05-249 (KAJ)** |
| | : | |
| **Randstad Staffing Services,** | : | |
| **Woman of India nationality, et al.,** | : | |
| | : | |
| **JP Morgan Chase Bank One,** | : | |
| **Cheryl Denneny, et al.,** | : | **FILED ELECTRONICALLY** |
| | : | |
| **Ernest & Young,** | : | |
| **Scott Gallagher, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**MOTION OF DEFENDANT, CHERYL DENNENY,
<u>TO DISMISS PLAINTIFF'S COMPLAINT</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant, Cheryl Denneny, by her

undersigned counsel, moves to dismiss the Complaint of Plaintiff, Ashley T. Adams, with

prejudice. In support of Defendant's Motion, the Court is respectfully referred to the

accompanying memorandum of law.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

<u>**/s/ Neal J. Levitsky, Esquire #2092**</u>
**NEAL J. LEVITSKY**, **ESQUIRE #2092**
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
Dated: May 26, 2005                              Counsel for Defendant, Cheryl Denneny

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Ashley T. Adams, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Integrity Staffing | : | |
| aka Pepper Hamilton, LLP | : | |
| Dawn Harper, et al., | : | Civil Action No. 05-249 (KAJ) |
| | : | |
| Randstad Staffing Services, | : | |
| Woman of India nationality, et al., | : | |
| | : | |
| JP Morgan Chase Bank One, | : | **FILED ELECTRONICALLY** |
| Cheryl Denneny, et al., | : | |
| | : | |
| Ernest & Young, | : | |
| Scott Gallagher, et al., | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM OF LAW OF DEFENDANT, CHERYL DENNENY, IN
SUPPORT OF HER MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**I.    INTRODUCTION AND FACTS**

Plaintiff, Ashley T. Adams ("Plaintiff" or "Adams"), alleges in her Complaint, in relevant

part, that Defendants, Cheryl Denneny ("Denneny")[1] and JPMorgan Chase Bank (incorrectly

identified in the Complaint as "JP Morgan Chase Bank One"), discriminated against her due to

her race, color, national origin and gender, retaliated against her, and subjected her to a hostile

work environment in violation of Title VII of the Civil Rights Act of 1964 ("Title VII").  (See

Plaintiff's Complaint).

---

[1] Denneny is an employee of Defendant, JPMorgan Chase Bank.  It is not clear from Plaintiff's Complaint whether Denneny is a named defendant because, while she is named in the caption, there are no substantive allegations made against her in the body of the Complaint.  Notwithstanding the fact that it is not clear from Plaintiff's Complaint that she is a defendant in this matter, in an abundance of caution, Denneny will assume for purposes of this Motion that Plaintiff names Denneny as a defendant in the instant action.

There is no individual liability under Title VII. Accordingly, Adams's claims against Denneny must be dismissed with prejudice.

## II.    ARGUMENT

### A.    Standard of Review

In analyzing a motion to dismiss pursuant to Rule 12(b)(6), the court must accept as true all material allegations of the complaint and it must construe the complaint in favor of the plaintiff. See Trump Hotels & Casino Resorts, Inc. v. Mirage Resorts, Inc., 140 F.3d 478, 483 (3d Cir. 1998). Dismissal under Federal Rule of Civil Procedure 12(b)(6) is based on the complaint and is limited to those instances where "it appears beyond doubt that the plaintiff can prove no set of facts in support of [her] claim which would entitle [her] to relief." Conley v. Gibson, 355 U.S. 41, 45-46 (1957) (footnote omitted); see also In re Rockefeller Ctr. Props., Inc. Sec. Litig., 311 F.3d 198, 215 (3d. Cir. 2002). Although the Court must accept well-pleaded allegations in Adams's Complaint as true, the Court need not accept as true her bald assertions or legal conclusions. Id. at 215-16.

### B.    There Is No Individual Liability Under Title VII and, Accordingly, All Claims Against Denneny Must Be Dismissed.

Plaintiff asserts in her Complaint that Denneny violated Title VII by discriminating and retaliating against her and harassing her. (See Plaintiff's Complaint). It is well-settled that there is no individual liability under Title VII. In Sheridan v. E.I. DuPont de Nemours and Co., 100 F.3d 1061, 1078 (3d Cir. 1996), the Third Circuit held that individual employees cannot be held liable under Title VII. Since then, this Court consistently has held that there is no individual liability under Title VII. See Charlton v. Blue Cross & Blue Shield of Delaware, No. CIV. A. 99-34-GMS, 2001 WL 694533, at * 2 n. 5 (D. Del. June 20, 2001); Nelson v. Fleet National Bank, 949 F.Supp. 254, 258 (D. Del. 1996).

PH1 726121v1 05/26/05

As such, Adams's claims against Denneny must be dismissed in their entirety with

prejudice.

## III.    CONCLUSION

Because there is no individual liability under Title VII, the Complaint of Plaintiff, Ashley

T. Adams, must be dismissed as to Defendant, Cheryl Denneny, in its entirety with prejudice.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

**/s/ Neal J. Levitsky, Esqure #2092**
**NEAL J. LEVITSKY**, **ESQUIRE #2092**
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444

Counsel for Defendant, Cheryl Denneny

Date: May 26, 2005

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Ashley T. Adams, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| Integrity Staffing | : | |
| aka Pepper Hamilton, LLP | : | |
| Dawn Harper, et al., | : | Civil Action No. 05-249 (KAJ) |
| | : | |
| Randstad Staffing Services, | : | |
| Woman of India nationality, et al., | : | |
| | : | **FILED ELECTRONICALLY** |
| JP Morgan Chase Bank One, | : | |
| Cheryl Denneny, et al., | : | |
| | : | |
| Ernest & Young, | : | |
| Scott Gallagher, et al., | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this     day of          , 2005, upon consideration of the Motion of

Defendant, Cheryl Denneny, to Dismiss Plaintiff's Complaint, and any response thereto, it is

hereby ORDERED that Plaintiff's Complaint is dismissed as to Defendant, Cheryl Denneny, in

its entirety with prejudice.

BY THE COURT:

_____
Kent A. Jordan, United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ashley T. Adams, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Integrity Staffing | : | |
| aka Pepper Hamilton, LLP | : | |
| Dawn Harper, et al., | : | Civil Action No. 05-249 (KAJ) |
| | : | |
| Randstad Staffing Services, | : | |
| Woman of India nationality, et al., | : | |
| | : | |
| JP Morgan Chase Bank One, | : | **FILED ELECTRONICALLY** |
| Cheryl Denneny, et al., | : | |
| | : | |
| Ernest & Young, | : | |
| Scott Gallagher, et al., | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Neal J. Levitsky, Esquire, hereby certify that a true and correct copy of the foregoing

Motion to Dismiss of Defendant, Cheryl Denneny, was served upon the following parties, this

date, via first class mail:

> Ashley T. Adams
> 716 North Barrett Lane
> Christiana, DE 19702
> Plaintiff
>
> Integrity Staffing
> 220 Continental Drive, Suite 102
> Newark, DE 19713-2107
> Defendant
>
> Ernst & Young
> 5 Times Square
> New York, NY  10036
> Defendant

Randstad Staffing
111 Continental Drive, Suite 201
Newark, DE  19713-2107
Defendant


**/s/ NEAL J. LEVITSKY, ESQUIRE #2092**
**NEAL J. LEVITSKY, ESQUIRE #2092**


Dated:  May 26, 2005

PH1 726121v1 05/26/05