IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY T. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-249-KAJ |
| | ) |
| INTEGRITY STAFFING SOLUTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Sean P. McDevitt, Esquire, Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE, 19899-1709 on behalf of defendant Integrity Staffing Solutions (incorrectly identified in the caption as "Integrity Staffing aka Pepper Hamilton LLP, Dawn Harper." This Entry of Appearance shall not be construed to be a waiver of any defenses, including, without limitation, those set forth in Rule 12(b). Defendant Integrity Staffing Solutions specifically reserves all rights to raise available defenses.

Dated: June 13, 2005

_____
Sean P. McDevitt (DSB #2894)
Pepper Hamilton LLP
1313 Market Street, Suite 1600
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY T. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-249-KAJ |
| | ) |
| INTEGRITY STAFFING SOLUTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Entry of Appearance to be served upon the following on the date set forth below, via first-class mail, postage prepaid:

Ashley T. Adams
716 North Barrett Lane
Christiana, DE 19702
*Plaintiff*

Sheldon K. Rennie, Esq.
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
*Attorneys for Defendants JPMorgan Chase Bank and Cheryl Denneny*

Ernst & Young
5 Times Square
New York, NY 10036
*Defendant*

Randstad Staffing
111 Continental Drive, Suite 201
Newark, DE 19713-2107
*Defendant*

Dated: June 13, 2005

_____
Sean P. McDevitt