**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ASHLEY T. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-249-KAJ |
| | ) | |
| INTEGRITY STAFFING | ) | |
| SOLUTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER FOR ADMISSION *PRO HAC VICE***

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of

Stephanie A. Bilenker is granted.


Date:_____        _____
                                     UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ASHLEY T. ADAMS,                    )
                                    )
            Plaintiff,              )
                                    )
      v.                            )       C.A. No. 05-249-KAJ
                                    )
INTEGRITY STAFFING                  )
SOLUTIONS, et al.,                  )
                                    )
            Defendants.             )

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of Stephanie A. Bilenker to represent defendant Integrity Staffing

Solutions in this matter.

Dated: June 13, 2005                     Respectfully submitted,


_____
Sean P. McDevitt (DSB #2894)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500
Attorney for Integrity Staffing Solutions

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ASHLEY T. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-249-KAJ |
| | ) | |
| INTEGRITY STAFFING | ) | |
| SOLUTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Stephanie A. Bilenker, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, the Bar of Maryland and the Bar of the District of Columbia and pursuant to Local Rule 83.5 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: *Stephanie A Bilenker*

Date: June 2, 2005

Pepper Hamilton LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
(202) 220-1200

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY T. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-249-KAJ |
| | ) | |
| INTEGRITY STAFFING | ) | |
| SOLUTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of defendant Integrity Staffing Solutions'

Motion, Order and Certification by Counsel for admission *Pro Hac Vice* to be served upon the

following on the date set forth below, via first-class mail, postage prepaid:

Ashley T. Adams
716 North Barrett Lane
Christiana, DE  19702
*Plaintiff*

Sheldon K. Rennie, Esq.
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
*Attorneys for Defendants JPMorgan Chase
Bank and Cheryl Denneny*

Ernst & Young
5 Times Square
New York, NY  10036
*Defendant*

Randstad Staffing
111 Continental Drive, Suite 201
Newark, DE  19713-2107
*Defendant*

Dated: June 13, 2005

_____
Sean P. McDevitt