IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY T. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-249-KAJ |
| | ) |
| INTEGRITY STAFFING SOLUTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT DAWN HARPER-SMITH'S MOTION TO DISMISS

Dawn Harper-Smith (incorrectly referred to in the caption as Dawn Harper), by and through her undersigned counsel, hereby moves this Court, pursuant to Rule 12(b)(6), to dismiss plaintiff's Complaint with prejudice. The bases for this Motion are fully set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

Dated: June 20, 2005

Respectfully submitted,

_Sean P. McDevitt_
Sean P. McDevitt (DSB #2894)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY T. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-249-KAJ |
| | ) |
| INTEGRITY STAFFING SOLUTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of defendant Dawn Harper-Smith's Motion to Dismiss, plaintiff's Response thereto and defendant's reply, it is hereby ORDERED that said motion is GRANTED and that plaintiff's claims with respect to defendant Dawn Harper-Smith are DISMISSED in their entirety with prejudice.

BY THE COURT:

_____
U.S. DISTRICT COURT JUDGE