IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Ashley T. Adams,** | : |
|              **Plaintiff,** | : |
| v. | : |
| **Integrity Staffing** | : |
| **aka Pepper Hamilton, LLP** | : |
| **Dawn Harper, et al.,** | :   Civil Action No. 05-249 (KAJ) |
| | : |
| **Randstad Staffing Services,** | : |
| **Woman of India nationality, et al.,** | : |
| | : |
| **JP Morgan Chase Bank One,** | : |
| **Cheryl Denneny, et al.,** | : |
| | : |
| **Ernest & Young,** | : |
| **Scott Gallagher, et al.,** | : |
| | : |
|              **Defendants.** | : |

## DEFENDANTS RANDSTAD STAFFING SERVICES' AND "WOMAN OF INDIA NATIONALITY'S" MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(5), and 12(b)(6), Randstad North America, L.P., incorrectly identified in Plaintiff's Complaint as "Randstad Staffing Services" (hereinafter "Randstad") and "Woman of India nationality" (collectively "Defendants"), by their undersigned counsel, move to dismiss any claims asserted against them in Plaintiff's Complaint with prejudice. In support of their Motion, Defendants rely on the arguments contained in their accompanying opening brief.

DUANE MORRIS LLP

/s/ John H. Newcomer, Jr.
John H. Newcomer, Jr. (I.D. No. 2323)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
302.657.4956
302.657.4901 fax

Counsel for Defendants Randstad North America,
Dated: June 23, 2005　　　　L.P. and "Woman of India nationality"

WLM\209318.1