IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Ashley T. Adams,** | : |
| | : |
|      **Plaintiff,** | : |
| v. | : |
| | : |
| **Integrity Staffing** | : |
| **aka Pepper Hamilton, LLP** | : |
| **Dawn Harper, et al.,** | :    Civil Action No. 05-249 (KAJ) |
| | : |
| **Randstad Staffing Services,** | : |
| **Woman of India nationality, et al.,** | : |
| | : |
| **JP Morgan Chase Bank One,** | : |
| **Cheryl Denneny, et al.,** | : |
| | : |
| **Ernest & Young,** | : |
| **Scott Gallagher, et al.,** | : |
| | : |
|      **Defendants.** | : |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of June, 2005 served the foregoing **Defendants Randstad Staffing Services' and "Woman of India Nationality's" Motion to Dismiss** upon the following via first class mail and addressed as follows:

    Ashley T. Adams
    716 North Barrett Lane
    Christiana, DE 19702
    (Plaintiff)


    Neal J. Levitsky, Esq.
    P.O. Box 2323
    Wilmington, DE 19899-2323
    Counsel for Defendants JPMorgan Chase Bank and Cheryl Denneny


    Integrity Staffing
    220 Continental Drive, Suite 102
    Newark, DE 19713-2107
    (Defendant)

WLM\209318.1

Ernst & Young
5 Times Square
New York, NY 10036
(Defendant)

/s/ John H. Newcomer, Jr.
John H. Newcomer, Jr. (I.D. No. 2323)

WLM\209318.1