IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Ashley T. Adams,** | : |
|           **Plaintiff,** | : |
| v. | : |
| **Integrity Staffing** | : |
| **aka Pepper Hamilton, LLP** | : |
| **Dawn Harper, et al.,** | :    Civil Action No. 05-249 (KAJ) |
| | : |
| **Randstad Staffing Services,** | : |
| **Woman of India nationality, et al.,** | : |
| | : |
| **JP Morgan Chase Bank One,** | : |
| **Cheryl Denneny, et al.,** | : |
| | : |
| **Ernest & Young,** | : |
| **Scott Gallagher, et al.,** | : |
| | : |
|           **Defendants.** | : |

## ORDER

AND NOW, this ____ day of ____, 2005, upon consideration of Randstad North America, L.P.'s (incorrectly identified in Plaintiff's Complaint as "Randstad Staffing Services" hereinafter "Randstad") and "Woman of India nationality['s]" Motion to Dismiss, and any response thereto, it is hereby ORDERED that Defendants Randstad and "Woman of India nationality," are dismissed from this action, with prejudice.

 

_____
Kent A. Jordan, United States District Judge

WLM\209322.1