IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Ashley T. Adams, | : |
|         Plaintiff, | : |
| v. | : |
| Integrity Staffing<br>aka Pepper Hamilton, LLP<br>Dawn Harper, et al., | :<br>:<br>:   Civil Action No. 05-249 (KAJ) |
| Randstad Staffing Services,<br>Woman of India nationality, et al., | :<br>: |
| JP Morgan Chase Bank One,<br>Cheryl Denneny, et al., | :<br>: |
| Ernest & Young,<br>Scott Gallagher, et al., | :<br>: |
|         Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of June, 2005 served the foregoing **Defendants Randstad Staffing Services' and "Woman of India Nationality's" Opening Brief in Support of Their Motion to Dismiss Plaintiff's Complaint** upon the following via first class mail and addressed as follows:

    Ashley T. Adams
    716 North Barrett Lane
    Christiana, DE 19702
    (Plaintiff)

    Neal J. Levitsky, Esq.
    P.O. Box 2323
    Wilmington, DE 19899-2323
    Counsel for Defendants JPMorgan Chase Bank and Cheryl Denneny

WLM\209322.1

Integrity Staffing
220 Continental Drive, Suite 102
Newark, DE 19713-2107
(Defendant)

Ernst & Young
5 Times Square
New York, NY 10036
(Defendant)

/s/ John H. Newcomer, Jr.
John H. Newcomer, Jr. (I.D. No. 2323)

WLM\209322.1