IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Ashley T. Adams, | ) |
|         Plaintiff, | ) |
| v. | ) |
| Integrity Staffing, aka<br>Pepper Hamilton, LLP,<br>Dawn Harper, et al., | ) ) ) Civil Action No. 05-249-KAJ |
| Randstad Staffing Services,<br>Woman of India nationality, et al., | ) ) |
| JP Morgan Chase Bank One,<br>Cheryl Denneny, et al., | ) ) |
| Ernest & Young,<br>Scott Gallagher, et al., | ) ) |
|         Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Jennifer C. Jauffret and the firm of Richards, Layton & Finger, P.A. in the above-captioned action as counsel to defendant Ernst & Young, LLP. Defendant Ernst & Young, LLP reserves the right to answer, move or otherwise respond to the complaint and specifically reserves all defenses available to it.

                                            /s/ Jennifer C. Jauffret/AMS #4351
                                            Jennifer C. Jauffret (#3689)
                                            jauffret@rlf.com
                                            Alyssa M. Schwartz (#4351)
                                            schwartz@rlf.com
                                            Richards, Layton & Finger, P.A.
                                            One Rodney Square
                                            Wilmington, DE  19801
                                            (302) 651-7700
                                            Counsel for defendant Ernst & Young, LLP

Dated:  June 30, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA HAND DELIVERY

Sean Patrick McDevitt
Pepper Hamilton LLP
1313 Market Street
Suite 5100
P. O. Box 1709
Wilmington, DE 19899-1709

John H. Newcomer, Jr.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Neal J. Levitsky
Fox Rothschild LLP
919 North Market Street
Suite 1300
P. O. Box 2323
Wilmington, DE 19899-2323

Sheldon Kevin Rennie
Fox Rothschild LLP
919 North Market Street
Suite 1300
P. O. Box 2323
Wilmington, DE 19899-2323

I hereby certify that on June 30, 2005, I have sent by Hand Delivery and First Class U.S. Mail the document(s) to the following plaintiff non-registered participant:

Ashley T. Adams
716 N. Barrett Lane
Christiana, DE 19702

Alyssa M. Schwartz (#4351)
schwartz@rlf.com