IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ashley T. Adams, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Integrity Staffing, aka | ) | |
| Pepper Hamilton, LLP, | ) | |
| Dawn Harper, et al., | ) | Civil Action No. 05-249-KAJ |
| | ) | |
| Randstad Staffing Services, | ) | |
| Woman of India nationality, et al., | ) | |
| | ) | |
| JP Morgan Chase Bank One, | ) | |
| Cheryl Denneny, et al., | ) | |
| | ) | |
| Ernest & Young, | ) | |
| Scott Gallagher, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STATEMENT PURSUANT TO RULE 7.1(a)**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Ernst & Young, LLP, in the above-captioned action, certifies that there is no parent corporation or any publicly held corporation that owns 10% or more of its stock.

/s/ Jennifer C. Jauffret
Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
Counsel for defendant Ernst & Young LLP

Dated: June 30, 2005

RLF1-2891591-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA HAND DELIVERY

Sean Patrick McDevitt
Pepper Hamilton LLP
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

John H. Newcomer, Jr.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Neal J. Levitsky
Fox Rothschild LLP
919 North Market Street
Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

Sheldon Kevin Rennie
Fox Rothschild LLP
919 North Market Street
Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

I hereby certify that on June 30, 2005, I have sent by Hand Delivery and First Class U.S. Mail the document(s) to the following plaintiff non-registered participant:

Ashley T. Adams
716 N. Barrett Lane
Christiana, DE 19702

Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-2894351-1