IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ashley T. Adams, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Integrity Staffing, aka | ) | |
| Pepper Hamilton, LLP, | ) | |
| Dawn Harper, et al., | ) | Civil Action No. 05-249-KAJ |
| | ) | |
| Randstad Staffing Services, | ) | |
| Woman of India nationality, et al., | ) | |
| | ) | |
| JP Morgan Chase Bank One, | ) | |
| Cheryl Denneny, et al., | ) | |
| | ) | |
| Ernest & Young, | ) | |
| Scott Gallagher, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION OF DEFENDANT ERNST & YOUNG, LLP
## TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant Ernst & Young, LLP (Ernst & Young"),[1] by its undersigned counsel, moves to dismiss the complaint of plaintiff Ashley T. Adams ("Plaintiff") with prejudice. In support of Ernst & Young's Motion, submitted herewith is Ernst & Young's Opening Brief in Support of its Motion to Dismiss Plaintiff's Complaint. For all of the reasons set forth in the accompanying Opening Brief, Ernst & Young respectfully requests that this Court dismiss the complaint, with prejudice and in its entirety as to Ernst & Young, by entering the attached Order.

---

[1] Incorrectly identified in the complaint as "Ernest & Young."

/s/ *[signature]*
Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
Counsel for defendant Ernst & Young, LLP

Dated: June 30, 2005

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ashley T. Adams, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Integrity Staffing, aka | ) | |
| Pepper Hamilton, LLP, | ) | |
| Dawn Harper, et al., | ) | Civil Action No. 05-249-KAJ |
| | ) | |
| Randstad Staffing Services, | ) | |
| Woman of India nationality, et al., | ) | |
| | ) | |
| JP Morgan Chase Bank One, | ) | |
| Cheryl Denneny, et al., | ) | |
| | ) | |
| Ernest & Young, | ) | |
| Scott Gallagher, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

The Court, having considered defendant Ernst & Young, LLP's Motion to Dismiss ("Motion"), and all briefing and argument thereon, and good cause having been shown for the relief sought in the Motion,

IT IS HEREBY ORDERED this _____ day of _____, 2005 that the Motion is GRANTED and that the above-captioned action is dismissed with prejudice as to Ernst & Young, LLP.

_____
United States District Judge

RLF1-2891379-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA HAND DELIVERY

Sean Patrick McDevitt
Pepper Hamilton LLP
1313 Market Street
Suite 5100
P. O. Box 1709
Wilmington, DE 19899-1709

John H. Newcomer, Jr.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Neal J. Levitsky
Fox Rothschild LLP
919 North Market Street
Suite 1300
P. O. Box 2323
Wilmington, DE 19899-2323

Sheldon Kevin Rennie
Fox Rothschild LLP
919 North Market Street
Suite 1300
P. O. Box 2323
Wilmington, DE 19899-2323

I hereby certify that on June 30, 2005, I have sent by Hand Delivery and First Class U.S. Mail the document(s) to the following plaintiff non-registered participant:

Ashley T. Adams
716 N. Barrett Lane
Christiana, DE 19702

Alyssa M. Schwartz (#4351)
schwartz@rlf.com