**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Ashley T. Adams, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Integrity Staffing, aka | ) |
| Pepper Hamilton, LLP, | ) |
| Dawn Harper, et al., | )    Civil Action No. 05-249-KAJ |
| | ) |
| Randstad Staffing Services, | ) |
| Woman of India nationality, et al., | ) |
| | ) |
| JP Morgan Chase Bank One, | ) |
| Cheryl Denneny, et al., | ) |
| | ) |
| Ernest & Young, | ) |
| Scott Gallagher, et al., | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT OF ALYSSA M. SCHWARTZ IN SUPPORT OF**
**DEFENDANT ERNST & YOUNG, LLP'S OPENING BRIEF**
**IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Alyssa M. Schwartz, after being duly sworn upon oath, depose and state that I am an attorney with the law firm of Richards, Layton & Finger, P.A., counsel representing defendant Ernst & Young, LLP in the above-captioned action. I am admitted to practice before this Court. This Affidavit is submitted in support of Defendant Ernst & Young, LLP's Opening Brief in Support of its Motion to Dismiss Plaintiff's Complaint. Attached to this Affidavit is a true and correct copy of the following exhibits:

Exhibit A:    May 13, 2005 letter to Peter J. Cahill of Ernst & Young, LLP from Julie K. Cutler, administrator at the Office of Labor Law Enforcement, Division of Industrial Affairs, Delaware Department of Labor; and

Exhibit B:    June 24, 2005 letter to Peter J. Cahill of Ernst & Young, LLP from Jacqueline H. McNair, regional attorney for the United States Equal Opportunity Commission.

Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Sworn to and subscribed before me
this 30th day of June, 2005.

Notary Public

ANITA F. GARVEY
Notary Public - State of Delaware
My Comm. Expires Aug. 18, 2006

# EXHIBIT A



STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-8200
FAX (302) 761-6601

*Winner, Delaware Quality Award of Merit*

May 13, 2005

Ernst & Young, LLP
5 Times Square
New York, NY 10036-6530
Attn: Mr. Peter J. Cahill

RE:    Adams v. Ernst & Young, LLP

Dear Mr. Cahill:

Our agency is in receipt of your Freedom of Information Act Request pertaining to the above-captioned matter.

Please be advised that the Charging Party in the above referenced matter did not file a charge of discrimination against the Respondent. Furthermore, be advised that the Office of Labor Law Enforcement retains case files that are closed in the current federal fiscal year and two prior federal fiscal years only.

Please feel free to contact me at (302) 761-8200 if you have any questions in this matter.

Sincerely,

*Julie K. Cutler*

Julie K. Cutler, Administrator
Office of Labor Law Enforcement

JKC/nym

# EXHIBIT B



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**

21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515
(215) 451-5800
TTY (215) 451-5814
FAX (215) 451-5804, 5767 & 5838

Sylvia E Williams, Paralegal Specialist

RECEIVED

JUN 27 2005

ALYSSA M. SCHWARTZ

June 24, 2005

Peter J Cahill, Esq.
Ernst & Young
5 Times Square
New York, NY 10036-6530

        In Response Refer to:    A5-09-FOIA-1058-PA
                                 Adams v. Ernst & Young, LLP
                                 Charge No. N/A

Dear Mr. Cahill:


        This letter is in response to your request under the Freedom of
Information Act ("FOIA").  The paragraph(s) checked below apply:

        (X)    In your FOIA request, you requested the following:

               A copy of the above-referenced case.

        ( )    Your request is ( ) denied in part; or ( ) denied in whole.
               Those records not released were withheld based on the FOIA
               subsections checked below.  An attachment to this letter
               identifies each exemption involved, how the exemption applies and
               identifies the records withheld under each exemption   The
               applicable sections of the FOIA exempting disclosure are 5 U.S.C.
               Section 552(b):

                         (  )(2)         (  )(5)         (  )(7A)
                         (  )(3)         (  )(6)         (  )(7C)
                         (  )(4)                         (  )(7D)

        (X)    Your request is neither granted nor denied.  No records fitting
               the description of the records you seek disclosed exist or could
               be located after a thorough search.  The EEOC charge number, 17C-
               2004-00275, is not against Ernst & Young.

Please contact Sylvia E. Williams, Paralegal Specialist at (215) 440-2682, to get additional information regarding your Freedom of Information Act ("FOIA") request.

You may appeal the denial or partial denial of your request by writing within thirty (30) days of receipt of this letter to Assistant Legal Counsel/FOIA Programs, Office of Legal Counsel, U.S. Equal Employment Opportunity Commission, 1801 L Street, NW, Washington, D.C. 20507. You must include a copy of the Regional Attorney's determination with your appeal. Your appeal will be governed by 29 C.F.R. Section 1610.11.

Sincerely,

Jacqueline H. McNair
Regional Attorney

c: Alyssa M. Schwartz, Esq.
   Richards, Layton & Finger

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2005, I electronically filed the foregoing with the Clerk

of Court using CM/ECF which will send notification of such filing(s) to the following and which

has also been served as noted:

## VIA HAND DELIVERY

Sean Patrick McDevitt
Pepper Hamilton LLP
1313 Market Street
Suite 5100
P. O. Box 1709
Wilmington, DE 19899-1709

John H. Newcomer, Jr.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Neal J. Levitsky
Fox Rothschild LLP
919 North Market Street
Suite 1300
P. O. Box 2323
Wilmington, DE 19899-2323

Sheldon Kevin Rennie
Fox Rothschild LLP
919 North Market Street
Suite 1300
P. O. Box 2323
Wilmington, DE 19899-2323

I hereby certify that on June 30, 2005, I have sent by Hand Delivery and First Class U.S.
Mail the document(s) to the following plaintiff non-registered participant:

Ashley T. Adams
716 N. Barrett Lane
Christiana, DE 19702

Alyssa M. Schwartz (#4351)
schwartz@rlf.com