RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

August 2, 2005

**BY ELECTRONIC FILE**

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 N. King Street
Lock Box 44
Wilmington, DE 19801

Re:   **Ashley T. Adams v. Integrity Staffing, et al.,
      Civil Action No. 05-249-KAJ**

Dear Judge Jordan:

On June 30, 2005, Ernst & Young ("E&Y") filed a motion and corresponding brief to dismiss plaintiff Ashley T. Adams' ("Plaintiff") complaint in the above-captioned matter. (D.I. 26 and D.I. 27) E&Y moved on the grounds that Plaintiff failed to exhaust her administrative remedies as to E&Y prior to filing the instant action. Plaintiff's answering brief was due on July 17, 2005. To date, Plaintiff has not filed a brief in opposition to E&Y's motion, and as such E&Y requests that its motion be granted as unopposed.

As noted in E&Y's brief in support of its motion to dismiss, this is a Title VII action, but Plaintiff never filed a charge of discrimination against E&Y with the Delaware Department of Labor and/or the U.S. Equal Employment Opportunity Commission. Accordingly, by dismissing this matter as to E&Y, the Court would not be foreclosing Plaintiff from bringing suit against E&Y in the future if and when she exhausts her administrative remedies. Further, Plaintiff will not be prejudiced by such a dismissal because she has a cause of action against another named defendant, JP Morgan Chase Bank One, who filed its answer on May 26, 2005. (D.I. 6)

RLF1-2905255-1

The Honorable Kent A. Jordan
August 2, 2005
Page 2

Counsel remains available should Your Honor have any questions. Thank you for your consideration.

Respectfully,

*[signature]*

Alyssa M. Schwartz

AMS:lmg

cc: Clerk of the Court (By Electronic File)
    Sean Patrick McDevitt, Esquire (By Electronic File)
    Neal J. Levitsky, Esquire (By Electronic File)
    Sheldon Kevin Rennie, Esquire (By Electronic File)
    Sheri Pardo, Esquire (By Electronic Mail)
    Jennifer C. Jauffret, Esquire

RLF1-2905255-1