# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

August 3, 2005

**VIA ELECTRONIC FILE AND HAND DELIVERY**

Dr. Peter J. Dalleo
Clerk of Court
U.S. District Court for Delaware
844 King Street
Wilmington, Delaware 19801

Re:   **Ashley T. Adams v. Integrity Staffing, et al.**
      **Civil Action No. 05-249-KAJ**

Dear Dr. Dalleo:

Enclosed please find a copy of the letter sent to plaintiff Ashley T. Adams ("Ms. Adams") today in response to the deficiency notice I received regarding the letter defendant Ernst & Young filed with the Court on August 2, 2005. (D.I. 30) The deficiency notice indicates that Ms. Adams was not served with the August 2, 2005 letter. This letter and its enclosures are to confirm that Ms. Adams has been served with a copy of the August 2, 2005 letter by hand and first class U.S. mail. I apologize for any inconvenience this oversight may have caused.

Very truly yours,

Alyssa M. Schwartz

AMS:lmg
Enclosures
cc:   Ashley T. Adams (by hand delivery and first class U.S. mail)
      John H. Newcomer, Esquire (by electronic file)
      Sean Patrick McDevitt, Esquire (by electronic file)
      Neal J. Levitsky, Esquire (by electronic file)
      Sheldon Kevin Rennie, Esquire (by electronic file)
      Jennifer C. Jauffret, Esquire

RLF1-2907173-1