IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY T. ADAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTEGRITY STAFFING, aka PEPPER )<br>HAMILTON, LLP, DAWN HARPER, et al., )<br>)<br>RANDSTAND STAFFING SERVICES, )<br>WOMAN OF INDIA NATIONALITY, et al., )<br>)<br>JP MORGAN CHASE BANK ONE, )<br>CHERYL DENNENY, et al., )<br>)<br>ERNEST & YOUNG, SCOTT )<br>GALLAGHER, et al., )<br>)<br>Defendants. ) | Civil Action No. 05-249-KAJ |

### ORDER

The court, having considered defendant Ernst & Young, LLP's Motion to Dismiss (D.I. 26; the "Motion"), and the briefing in support thereof, and the plaintiff having failed to raise any opposition to the Motion,

IT IS HEREBY ORDERED this 22nd day of August, 2005, that the Motion is GRANTED and that the above-captioned action is dismissed with prejudice as to Ernst & Young, LLP.

UNITED STATES DISTRICT JUDGE

Wilmington, Delaware