## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ASHLEY T. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-249-KAJ |
| | ) | |
| INTEGRITY STAFFING, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF COUNSEL

TO THE CLERK:

Kindly withdraw the appearance of Neal J. Levitsky and Sheldon Kevin Rennie of

the law firm of Fox Rothschild LLP and substitute the appearance of Sean P. McDevitt and

Stephanie A. Bilenker (admitted *pro hac* vice) of the law firm of Pepper Hamilton LLP as

counsel for Defendants JP Morgan Chase and Cheryl Denneny.

Neal J. Levitsky, Esq.
Sheldon Kevin Rennie, Esq.
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE   19801
(302) 654-7444
*Attorneys for JP Morgan Chase and Cheryl Denneny*

Sean P. McDevitt, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

Stephanie A. Bilenker, Esq. (admitted *pro hac vice*)
Pepper Hamilton LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
(202) 220-1200
*Attorneys for Integrity Staffing Solutions and Dawn Harper-Smith*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|                                     |     |                        |
|-------------------------------------|-----|------------------------|
| ASHLEY T. ADAMS,                    | )   |                        |
|                                     | )   |                        |
| Plaintiff,                          | )   |                        |
|                                     | )   |                        |
| v.                                  | )   | C.A. No. 05-249-KAJ    |
|                                     | )   |                        |
| INTEGRITY STAFFING, et al.          | )   |                        |
|                                     | )   |                        |
| Defendants.                         | )   |                        |

### CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served a true and correct copy of

the foregoing Withdrawal of Appearance and Substitution of Counsel by first-class, prepaid mail

upon:

Neal J. Levitsky, Esq.
Sheldon K. Rennie, Esq.
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
*Attorneys for JP Morgan Chase and
Cheryl Denneny*

Ashley T. Adams
716 North Barrett Lane
Christiana, DE  19702
*Plaintiff*

John H Newcomer, Jr., Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
*Attorneys for Defendant Randstad North
America, L.P. and "Woman of India
nationality"*

Dated:  October 19, 2005

_____
Sean P. McDevitt, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
*Attorneys for Integrity Staffing Solutions and
Dawn Harper-Smith*