# Pepper Hamilton LLP
#### Attorneys at Law

400 Berwyn Park
899 Cassatt Road
Berwyn, PA 19312-1183
610.640.7800
Fax 610.640.7835

Sean P. McDevitt
direct dial: 610.640.7856
mcdevitts@pepperlaw.com

October 19, 2005

**Via Electronic File**

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 N. King Street
Lock Box 44
Wilmington, DE  19801

      Re:    Ashley T. Adams v. Integrity Staffing, et al.,
              Civil Action No. 05-249-KAJ

Dear Judge Jordan:

      We represent both Integrity Staffing Solutions ("Integrity") and JP Morgan Chase ("JPMC") in connection with the above-captioned case filed by Plaintiff Ashley T. Adams ("Plaintiff"), pro se, alleging discrimination under Title VII of the Civil Rights Act of 1964 ("Title VII.").

      On May 26, 2005, JPMC filed a Motion to Dismiss the Complaint with respect to Cheryl Denneny, and on June 20, 2005, Integrity filed a Motion to Dismiss the Complaint with respect to Dawn Harper-Smith.  (D.I. 7 and D.I. 15-16).  Integrity and Chase moved to dismiss on the well-settled grounds that there is no individual liability under Title VII.  Plaintiff's answering briefs were due on June 12, 2005 and July 5, 2005, respectively.  To date, Plaintiff has not filed a brief in opposition to these motions, and consequently, Integrity and JPMC request that their motions be granted as unopposed.

| Philadelphia | Washington, D.C. | Detroit | New York | Pittsburgh |
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington |

www.pepperlaw.com

**Pepper Hamilton** LLP
―――――――― Attorneys at Law

The Honorable Kent A. Jordan
Page 2
October 19, 2005

I am available should Your Honor have any questions. Thank you.

Respectfully submitted,

*[signature]*

Sean P. McDevitt


cc:     Clerk of the Court (By Electronic File)
        Ashley T. Adams (By First-Class Mail)
        Neal J. Levitsky, Esquire (By Electronic File)
        Sheldon K. Rennie, Esquire (By Electronic File)
        John H Newcomer, Jr., Esq. (By Electronic File)
        Catherine Barbieri, Esquire (By Electronic and First-Class Mail)
        Melissa R. Gold, Esquire (By Electronic and First-Class Mail)