IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY T. ADAMS, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>INTEGRITY STAFFING, aka PEPPER )<br>HAMILTON, LLP, DAWN HARPER, et al., )<br>)<br>RANDSTAND STAFFING SERVICES, )<br>WOMAN OF INDIA NATIONALITY, et al., )<br>)<br>JP MORGAN CHASE BANK ONE, )<br>CHERYL DENNENY, et al., )<br>)<br>ERNEST & YOUNG, SCOTT )<br>GALLAGHER, et al., )<br>)<br>      Defendants. ) | Civil Action No. 05-249-KAJ |

### ORDER

At Wilmington, Delaware, this **20st** day of **October, 2005**, plaintiff having failed to respond to the motions to dismiss filed by the defendants in the above-captioned case;

IT IS ORDERED that, on or before November 4, 2005, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

                                                          */s/ Kent A. Jordan*
                                                UNITED STATES DISTRICT JUDGE