Ashley T. Adams
716 North Barrett Lane
Christiana, DE 19702


Civil Action No. 05-249-KAJ


October 26, 2005


The Honorable Kent A. Jordan
United States District Court
For the District of Delaware
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570



Dear Judge Jordan:

    I am writing in regards to a letter I had received from you dated October 20, 2005. This letter notifies me that you intend to dismiss the action against the defendants: Integrity Staffing, Dawn Harper, Randstand Staffing Services, Woman of India Nationality, JP Morgan Chase Bank One, Cheryl Denneny, Ernest & Young, Scott Gallagher, et al. This letter also orders me, the plaintiff in this action, to show cause why the action should not be dismissed for failure to prosecute.

    I called your office and spoke with your law clerk on October 25, 2005, inquiring about this letter and I was informed that this action is a result of "Motions to Dismiss" filed in the court by Integrity Staffing, JP Morgan Bank One, etc. While these "Motions to Dismiss" where filed in the court and attach a certificate of service of mailing to me, I have never received such motions. I do not have the electronic means to monitor the docket and rely on mail service for notifications or actions concerning this case. I had no way of knowing that such motions even existed in the court as I never received any notification by mail. Since the attorneys in this case have the capabilities of using an electronic service with the court, they are filing these motions electronically and not notifying me, as they are required to, by mail. Today, October 26, 2005, I have received a letter from Pepper Hamilton LLP, addressing a letter to you, stating that they had filed a Motion to Dismiss the Complaint of May 26, 2005 for Cheryl Denneny and on June 20, 2005, a Motion to Dismiss the Complaint with Integrity with respect to Dawn Harper-Smith, and further states that the plaintiff's answering briefs were due on June 12, 2005 and July 05, 2005, respectively.

Ashley T. Adams

The Honorable Kent A. Jordon
Page 2
October 26, 2005

    I am opposing these motions as I have never received these motions as they have stated that they have filed and certified mailing to me. I think it is reasonable to believe that I would not ignore a Motion to Dismiss a complaint after all the efforts I put into filing these complaints.

    I am asking the Court for an opportunity to have access to these documents so that I may appropriately respond. Additionally, I will need time after receipt of these documents, to prepare the appropriate answers before you make a decision. Would you please instruct the attorneys involved to mail me the Motions to Dismiss and allow me the appropriate time to respond.

Respectfully yours,

*Ashley T. Adams*

Ashley T. Adams


cc:

Pepper Hamilton LLP
Hamilton Square
600 Fourteenth Street N. W.
Washington, DC  20005-2004
*By First class mail*

Ashley Adams
716 N Barrett Lane
Christiana, DE 19702

United States District Court
The Honorable Kent A. Jordan
844 N King Street
Lockbox 18
Wilmington, DE 19801-3570