IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY T. ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-249-KAJ |
| ) | |
| INTEGRITY STAFFING, aka PEPPER ) | |
| HAMILTON, LLP, DAWN HARPER, et al., ) | |
| ) | |
| RANDSTAND STAFFING SERVICES, ) | |
| WOMAN OF INDIA NATIONALITY, et al., ) | |
| ) | |
| JP MORGAN CHASE BANK ONE, ) | |
| CHERYL DENNENY, et al., ) | |
| ) | |
| ERNEST & YOUNG, SCOTT ) | |
| GALLAGHER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington, Delaware, this **3rd** day of **November, 2005**,

WHEREAS, plaintiff submitted a letter to the Court dated October 26, 2005 (D.I. 36), stating that she did not receive service of copies of defendants' motions to dismiss and related briefing filed on June 23, 2005 and June 26, 2005 (D.I. 21, 26),

IT IS HEREBY ORDERED that, on or before November 14, 2005, defendants shall serve the plaintiff by mail with return receipt, copies of the pending motions and related briefing. Defendants shall file copies of the return receipts with the Court;

IT IS FURTHER ORDERED that plaintiff shall respond to the pending motions within two weeks of receipt of the motions.

_____
UNITED STATES DISTRICT JUDGE