# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Ashley T. Adams,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| **Integrity Staffing** | : | |
| **aka Pepper Hamilton, LLP** | : | |
| **Dawn Harper, et al.,** | : | Civil Action No. 05-249 (KAJ) |
| | : | |
| **Randstad Staffing Services,** | : | |
| **Woman of India nationality, et al.,** | : | |
| | : | |
| **JP Morgan Chase Bank One,** | : | |
| **Cheryl Denneny, et al.,** | : | |
| | : | |
| **Ernest & Young,** | : | Regarding Docket Nos. 21 & 22 |
| **Scott Gallagher, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF SERVICE

    I hereby certify that the Motion to Dismiss and Opening Brief of Defendants Randstad Staffing Servicing and "Woman of India nationality" were served on Plaintiff by Certified Mail-Return Receipt Requested on November 12, 2005. A copy of the return receipt, signed by Plaintiff, is attached hereto.

**DUANE MORRIS LLP**

/s/ John H. Newcomer, Jr.
John H. Newcomer, Jr. (I.D. No. 2323)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
302.657.4956
302.657.4901 fax

Dated: November 15, 2005

Attorneys for Defendants Randstad North America, L.P. and "Woman of India nationality"