**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ashley T. Adams
   716 North Barrett Lane
   Christiana, DE 19702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ashly Adams  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
Ashley Adams

C. Date of Delivery
NOV 12 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

   7002 2410 0002 0698 6256

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

John H Newcomer, Jr
DUANE MORRIS LLP
1100 NORTH MARKET STREET
SUITE 1200
WILMINGTON, DE 19801