# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Ashley T. Adams,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| **Integrity Staffing** | : | |
| **aka Pepper Hamilton, LLP** | : | |
| **Dawn Harper, et al.,** | : | **Civil Action No. 05-249 (KAJ)** |
| | : | |
| **Randstad Staffing Services,** | : | |
| **Woman of India nationality, et al.,** | : | |
| | : | |
| **JP Morgan Chase Bank One,** | : | |
| **Cheryl Denneny, et al.,** | : | |
| | : | |
| **Ernest & Young,** | : | |
| **Scott Gallagher, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2005 I caused the foregoing Notice of Service to be served on the following individuals in the manner indicated:

Ashley T. Adams
716 North Barrett Lane
Christiana, DE 19702
***Via Regular Mail***

Sean Patrick McDevitt, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Email: McDevitts@Pepperlaw.com
***Via Electronic Mail***

/s/ John H. Newcomer, Jr.
John H. Newcomer, Jr.