IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Ashley T. Adams, | : |
|          Plaintiff, | : |
| v. | : |
| Integrity Staffing<br>aka Pepper Hamilton, LLP<br>Dawn Harper, et al., | :   Civil Action No. 05-249 (KAJ) |
| Randstad Staffing Services,<br>Woman of India nationality, et al., | : |
| JP Morgan Chase Bank One,<br>Cheryl Denneny, et al., | : |
| Ernest & Young,<br>Scott Gallagher, et al., | : |
|          Defendants. | : |

## ORDER

AND NOW, this ____ day of _____, 2005, upon consideration of Randstad North America, L.P.'s (incorrectly identified in Plaintiff's Complaint as "Randstad Staffing Services" hereinafter "Randstad") and "Woman of India nationality['s]" Motion to Dismiss and Opening Brief, and the plaintiff having failed to file a response within the deadline set by the Court, it is hereby ORDERED that Defendants Randstad and "Woman of India nationality," are dismissed from this action, with prejudice.

_____
Kent A. Jordan, United States District Judge