**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

JOHN H. NEWCOMER, JR.
DIRECT DIAL: 302.657.4956
E-MAIL: jhnewcomer@duanemorris.com

www.duanemorris.com

December 7, 2005

**HAND DELIVERY**
The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

  Re: *Adams v. Integrity Staffing et al.*
    C.A. No. 05-249 (KAJ)

Dear Judge Jordan:

  On behalf of Randstad Staffing Services and Woman of India nationality, I request that the Court grant their pending motion to dismiss.

  The motion and opening brief were filed on June 23, 2005. (Docket No. 21 and 22). The Court entered an Order on November 3, 2005, requiring defendants to re-serve the plaintiff, and setting a deadline of two weeks after such service for plaintiff to file a response to the motion. (Docket No. 37). The motion and opening brief were sent by certified mail – return receipt requested, and plaintiff acknowledged receipt on November 12, 2005. The notice of service, with accompanying receipts from the post office, was filed on November 15, 2005. (Docket No. 40).

  Plaintiff's response to the motion was due by December 1, 2005 (allowing an additional three days for service by mail). No response was filed with the Court, and we have received no service of a response. Accordingly, we request that Your Honor grant the motion. A proposed form of order is attached.

                Respectfully,

                John H. Newcomer, Jr.

JHN/jn
cc: Ashley Adams
   Counsel of Record

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON, DE 19801-1246  PHONE: 302.657.4900 FAX: 302.657.4901