## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ashley T. Adams, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| Integrity Staffing | : | |
| aka Pepper Hamilton, LLP | : | |
| Dawn Harper, et al., | : | Civil Action No. 05-249 (KAJ) |
| | : | |
| Randstad Staffing Services, | : | |
| Woman of India nationality, et al., | : | |
| | : | |
| JP Morgan Chase Bank One, | : | |
| Cheryl Denneny, et al., | : | |
| | : | |
| Ernest & Young, | : | |
| Scott Gallagher, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

AND NOW, this ___ day of ___ , 2005, upon consideration of Randstad North America, L.P.'s (incorrectly identified in Plaintiff's Complaint as "Randstad Staffing Services" hereinafter "Randstad") and "Woman of India nationality['s]" Motion to Dismiss and Opening Brief, and the plaintiff having failed to file a response within the deadline set by the Court, it is hereby ORDERED that Defendants Randstad and "Woman of India nationality," are dismissed from this action, with prejudice.

_____
Kent A. Jordan, United States District Judge