**Pepper Hamilton LLP**
────────────────────
Attorneys at Law

Sean P. McDevitt
direct dial: 610.640.7856
mcdevitts@pepperlaw.com

400 Berwyn Park
899 Cassatt Road
Berwyn, PA 19312-1183
610.640.7800
Fax 610.640.7835

January 20, 2006

**Via Electronic File**

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 N. King Street
Lock Box 44
Wilmington, DE 19801

        Re:    <u>Ashley T. Adams v. Integrity Staffing, et al.,
                  Civil Action No. 05-249-KAJ</u>

Dear Judge Jordan:

        We represent Integrity Staffing Solutions, Inc. ("Integrity"), Dawn Harper-Smith, J.P. Morgan Chase ("Chase") and Cheryl Denneny in the above-captioned case, and we write because our correspondence to the plaintiff, Ashley Adams, who appears <u>pro se</u>, goes unanswered.

        By way of background, this is an employment discrimination case where Adams' former employer, Integrity, and Integrity's client, Chase, (whom Adams presumably alleges is a joint employer), answered the complaint. Integrity and Chase employees, Dawn Harper-Smith and Cheryl Denneny, both filed motions to dismiss under Fed. R. Civ. P. 12(b)(6), asserting that Title VII does not allow for individual liability. The motions are fully briefed, and we await the Court's disposition of the motions.

        With respect to discovery on the claims against Integrity and Chase, we have been attempting to start the discovery process and meet our Fed. R. Civ. P. 16 obligations, but the correspondence that we have sent to Ms. Adams by certified mail has been returned to us as "unclaimed." The inability to communicate with Ms. Adams is impeding our ability to conduct discovery, and we therefore seek the Court's intervention in obtaining a means of communicating with Ms. Adams.

                                            Respectfully submitted,

                                            Sean P. McDevitt

SPM/jas
cc:    Clerk of the Court (By Electronic File)
        Ashley T. Adams (By First-Class Mail and Certified Mail)