**Pepper Hamilton LLP**
*Attorneys at Law*

Hamilton Square
600 Fourteenth Street, N.W.
Washington, DC 20005-2004
202.220.1200
Fax 202.220.1665

Sean P. McDevitt
direct dial: 610.640.7856
mcdevitts@pepperlaw.com

February 1, 2006

**Via Electronic File**

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 N. King Street
Lock Box 44
Wilmington, DE  19801

    Re: <u>Ashley T. Adams v. Integrity Staffing, et al.,
       Civil Action No. 05-249-KAJ</u>

Dear Judge Jordan:

  We represent Integrity Staffing Solutions, Inc. ("Integrity"), Dawn Harper-Smith, J.P. Morgan Chase ("Chase") and Cheryl Denneny.  We wrote to the Court on January 20, 2006 concerning Ms. Adams' failure to retrieve documents sent to her by certified mail, which the Court had directed, and requesting guidance from the Court as to how we should communicate with her.

  We write to inform the Court that we spoke with Ms. Adams by telephone yesterday to arrange a time to discuss the parties' Rule 26(f) and Rule 16 obligations.  We also discussed the correspondence sent to Ms. Adams by certified mail and returned to us as "unclaimed."

  We believe we have worked out the communications difficulties.  Ms. Adams asked that we send correspondence to her using first-class mail instead of certified mail so that she does not have to travel to the post office to retrieve our correspondence.  We began sending mail to Ms. Adams via certified mail to ensure that she was receiving our pleadings after she indicated to the Court that she had not received several filings in the case, including the motions to dismiss on behalf of Ms. Harper-Smith and Ms. Denneny.

  From this point forward, we intend to serve Ms. Adams by regular mail unless the Court directs us to use certified mail or we again have difficulty communicating with her.

          Respectfully submitted,

          */s/ Sean P. McDevitt*

          Sean P. McDevitt

cc: Clerk of the Court (By Electronic File)
   Ashley T. Adams (By First-Class Mail)