Ashley T. Adams
716 North Barrett Lane
Christiana, DE 19702

February 06, 2006

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 N. King Street
Lock Box 44
Wilmington, DE 19801

Ashley T. Adams v. Integrity Staffing, et al
Civil Action No. 05/249-KAJ

Dear Judge Jordan:

     I received a letter from Pepper Hamilton LLP, Sean P. McDevitt, requesting compliance with Federal Rule Civil 16. This letter was dated January 20, 2006 and c.c. to the Court. I called and left a message on Sean P. McDevitt's telephone.

     On February 02, 2006, Stephanie Bilenkier returns my call and informs me that she will be the defense attorney in this action. I left a message for Ms. Bilenkier at 202-220-1257 to arrange a time that we can discuss Civil Rule 26 (f).

     Once the initial conversation is complete, a proposed discovery plan will be submitted to you. Please schedule a time for a telephone conference to finalize this discovery plan.

Thank you,

*Ashley T Adams*

Ashley T. Adams

c.c. Stephanie Bilenkier via First Class Mail



Ashley Adams
716 N Barrett hc
Christiana, DE 19702

WILMINGTON DE 198
PM
07 FEB 2006

The Honorable Kent A Jordan
US District Courtfor the District of Delaware
844 N King Street
Lock Box 44
Wilmington, DE 19801

U.S.M.S.
X-RAY

19899+0044