IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Ashley T. Adams,                                :

    Plaintiff,                              :
                                                :
    v.                                      :        Civil Action No.  05-249-KAJ

Cheryl Denneny
    Employee of JPMorgan Chase Bank   :
and                                             :

Dawn Harper Smith                               :
    Employee of Integrity Staffing         :

    Defendants.                             :

**Amended Complaint to Assert Claim under 42 U.S.C.  SS 1981**

1.

During the period of May 2003 and November 2003 experienced continual harassment

from co-workers.

2.

Harper-Smith was notified on numerous occasions about the harassing conduct which

initially started in a department where Cheryl Denneny was a direct supervisor over

Adams.  Harper-Smith refused provide a suitable working environment for Adams and

Adams subsequently walked out when the environment was so threatening that Adams

felt immediate physical harm was to result to Adams by employees supervised by Cheryl

Denneny, and Denneny herself.

3.

Harper-Smith did offer Adams another position in another department and Adams

accepted.    Adams was harassed continually. In the entire department that included

twenty employees, Adams was the only white female. Adams was subjected to racial

slurs, physical threats, and made less pay to other (male) workers, while Adams was

required to be in a position of Team Leading and training the other employees.    Adams

was required to work mandatory overtime and every weekend, while others where not

required to work the same hours.    Adams reported the harassment to Harper-Smith, who

refused to remedy the situation.    Adams subsequently was terminated for retaliation for

drafting a complaint and sending the complaint to management.    Adams complaint was

attempting to resolve the ongoing issues occurring in the department.

WHEREFORE, Plaintiff asks this honorable Court to allow amendment of

Complaint to assert claim Claim under 42 U.S.C.    SS 1981 and to allow relief as

decided by the Court.


Ashley T. Adams

March 09, 2006

<u>Certificate of Service</u>

I hereby certify that I have this day March 10, 2005, served the foregoing Defendant, Pepper Hamilton LLP 1313 Market Street Wilmington DE 19899-1709 Amended Complaint to Assert Claim under 42 U.S.C SS 1981.

Ashley T Adams
March 10, 2006