## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

March 21, 2006

Ms. Ashley T. Adams
716 N. Barrett Lane
Christiana, DE  19702

Sean P. McDevitt, Esq.
Pepper Hamilton LLP
1313 N. Market Street - #5100
Wilmington, DE  19801

Re:  Ashley T. Adams v. Integrity Staffing, et al.
     Civil Action No. 05-249-KAJ

Dear Ms. Adams and Counsel:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:  Clerk of the Court