## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ASHLEY T. ADAMS,                    )
                                    )
           Plaintiff,             )
                                    )
    v.                             )          C.A. No. 05-249-KAJ
                                    )
INTEGRITY STAFFING, *et al.*         )
                                    )
           Defendants.            )

### WITHDRAWAL OF APPEARANCE OF COUNSEL

TO THE CLERK:

Kindly withdraw the appearance of Stephanie A. Bilenker (admitted *pro hac vice*) of the law firm of Pepper Hamilton LLP as counsel for Defendants.

_____
Sean P. McDevitt, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500
*Attorneys for Defendants*

_____
Stephanie A. Bilenker, Esq. (admitted *pro hac vice*)
Pepper Hamilton LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
(202) 220-1200

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ASHLEY T. ADAMS,          )
                                 )
        Plaintiff,          )
                                 )
        v.                )     C.A. No. 05-249-KAJ
                                 )
INTEGRITY STAFFING, *et al.*,   )
                                 )
        Defendants.     )

### CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served two true and correct copies

of the foregoing Withdrawal of Appearance by first-class, prepaid mail upon:

> Ashley T. Adams
> 716 North Barrett Lane
> Christiana, DE 19702
> *Plaintiff*

Dated: March 23, 2006

_____

Sean P. McDevitt, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
*Attorneys for Defendants*