IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY T. ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-249-KAJ |
| ) | |
| INTEGRITY STAFFING ) | |
| SOLUTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER FOR ADMISSION *PRO HAC VICE***

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Heather A. Hoyt is granted.

Date:_____          _____
                                      UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY T. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-249-KAJ |
| | ) | |
| INTEGRITY STAFFING SOLUTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Heather A. Hoyt to represent the defendants in this matter.

Dated: March 23, 2006

Respectfully submitted,

_____
Sean P. McDevitt (DSB #2894)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500
Attorney for Integrity Staffing Solutions

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY T. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-249-KAJ |
| | ) | |
| INTEGRITY STAFFING SOLUTIONS, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*** 

Pursuant to Local Rule 83.5, I, Heather A. Hoyt, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, and pursuant to Local Rule 83.5 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: *[signature]*

Date: March 23, 2006

Pepper Hamilton LLP
400 Berwyn Park
899 Cassatt Road
Berwyn, PA 19312-1183
610.640.7800

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY T. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-249-KAJ |
| | ) | |
| INTEGRITY STAFFING SOLUTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of defendants' Motion, Order and Certification by Counsel for admission *Pro Hac Vice* to be served upon the following on the date set forth below, via certified mail and first-class mail, postage prepaid:

>Ashley T. Adams
>716 North Barrett Lane
>Christiana, DE  19702
>*Plaintiff*

Dated:  March 23, 2006

_____
Sean P. McDevitt