# Pepper Hamilton LLP
#### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

Sean P. McDevitt
direct dial: 302.777.6519
mcdevitts@pepperlaw.com

April 6, 2006

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 N. King Street
Lock Box 44
Wilmington, DE  19801

    Re:    <u>Ashley T. Adams v. Integrity Staffing, et al.,
                Civil Action No. 05-249-KAJ</u>

Dear Judge Jordan:

      Enclosed is the draft Scheduling Order jointly submitted by the parties in advance of the Rule 16 Conference scheduled for April 11, 2006 at 2:30 p.m.

      The parties have discussed the potential for settlement and are interested in pursuing mediation with Magistrate Judge Thynge at the earliest possible opportunity.

      Respectfully submitted,

      Sean P. McDevitt

SPM/HAH/dh
Enclosures
cc:    Ashley T. Adams (via First-Class Mail)

GV: #336395 v1 (77KB01!.DOC)

| Philadelphia | Washington, D.C. | Detroit | New York | Pittsburgh |
| --- | --- | --- | --- | --- |
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington |

www.pepperlaw.com