# Pepper Hamilton LLP
##### Attorneys at Law

400 Berwyn Park
899 Cassatt Road
Berwyn, PA 19312-1183
610.640.7800
Fax 610.640.7835

Sean P. McDevitt
direct dial: 610.640.7856
mcdevitts@pepperlaw.com

April 20, 2006

*Via Electronic and First Class U.S. Mail*

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 N. King Street
Lock Box 44
Wilmington, DE  19801

      Re:    <u>Ashley T. Adams v. Integrity Staffing, et al.,
                Civil Action No. 05-249-KAJ</u>

Dear Judge Jordan:

      Enclosed is the revised Scheduling Order in the above referenced matter.

                                 Respectfully submitted,

                                 Sean P. McDevitt

SPM/HAH/dh
Enclosure
cc:      Ashley T. Adams (via First-Class Mail)

GV: #338065 v1 (78%P01!.DOC)

| Philadelphia | Washington, D.C. | Detroit | New York | Pittsburgh |
|---|---|---|---|---|
| Berwyn | Harrisburg | Princeton | | Wilmington |

www.pepperlaw.com

**Pepper Hamilton LLP**
Attorneys at Law

The Honorable Kent A. Jordan
Page 2
April 20, 2006

bc:    Dawn Harper-Smith (w/ encl.)
       Melissa Gold, Esquire (w/ encl.)