IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY T. ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-249-KAJ |
| ) | |
| INTEGRITY STAFFING, DAWN ) | |
| HARPER-SMITH, JP MORGAN CHASE ) | |
| BANK ONE, and CHERYL DENNENY, ) | |
| ) | |
| Defendants. ) | |

### ORDER

At Wilmington this **1st** day of **June, 2006**,

IT IS ORDERED that the status teleconference presently set for **July 26, 2006 at 4:30 p.m.** is hereby rescheduled to **July 25, 2006 at 4:30 p.m.** Counsel for Defendant shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE