IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY T. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-249-KAJ |
| | ) | |
| INTEGRITY STAFFING SOLUTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

STIPULATION AND ORDER OF DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

The Plaintiff, Ashley Adams, appearing pro se, and the Defendants, Integrity Staffing Solutions, Inc., J.P. Morgan Chase, Dawn Harper-Smith and Cheryl Denneny, acting through their undersigned counsel, who is duly authorized to enter this Stipulation, hereby agree pursuant to Federal Rule of Civil Procedure 41(a)(1) to dismiss with prejudice the claims asserted by Ashley Adams against each of the Defendants, each party to bear their own attorneys' fees and costs.

_____
Ms. Ashley Adams
716 North Barrett Lane
Christiana, DE 19702

_____
Sean P. McDevitt
Pepper Hamilton LLP
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Attorneys for all Defendants

Date: June 22, 2006

IT IS SO ORDERED this 26th day of June 2006 that this action is dismissed with prejudice, each party to bear their own costs.

_____
Jordan, J.